UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALERIE SWIATEK,

        Plaintiff,

   v.

Civil Action No. 09-cv-0336

DIVERSIFIED COLLECTION SERVICES, INC.,

        Defendant.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288

DATED: 9/25/09

Jason P. Verhagen, Esq.
Fulton, Friedman & Gullace, LLP
*Attorneys for Defendant*
500 First Federal Plaza
Rochester, New York 14614
Phone: (585) 546-1980